## WOLOK v. WOLOK.

DIVORCE—APPEAL AND ERROR—RECORD.

> Judgment for divorce on defendant's counterclaim for divorce is affirmed on appeal by defendant from certain parts of the judgment where a review of the record and briefs fails to persuade the Court of Appeals that the judgment should be altered in any way.

Appeal from Wayne, Foley (Thomas J.), J. Submitted Division 1 June 7, 1968 at Detroit. (Docket No. 2,897.) Decided June 24, 1968.

Complaint by Shirlee Wolok against Charlie Wolok for divorce because of extreme and repeated cruelty. Counterclaim by defendant against plaintiff for divorce. Judgment for defendant on his counterclaim. Defendant appeals from part of the judgment. Affirmed.

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 868.

*Vandeveer, Doelle, Garzia, Tonkin & Kerr (Edmund M. Brody, Jr.,* of counsel), for plaintiff.

*Louis Rosenzweig,* for defendant.

PER CURIAM. A judgment of divorce was granted defendant on the ground of extreme and repeated cruelty. On appeal he attacks the trial court's failure to find plaintiff guilty of adultery, its award of custody of the children to plaintiff, and the alimony and property settlement provisions of the judgment.

A review of the record and briefs fails to persuade us that the judgment should be altered in any way. Affirmed.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.